# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CALVIN EUGENE JONES,** | ) | CASE NO. **17-70586-pmb** |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Modify Plan and Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

*[See attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, Melissa Davey, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: April 9, 2019

/s/
Craig Black
GA Bar No.: 137410
The Craig Black Law Firm, LLC
5555 Glenridge Connector
Suite 200
Atlanta, GA 30348
678-888-1778
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CALVIN EUGENE JONES,** | ) | CASE NO. **17-70586-pmb** |
| | ) | |
| Debtor. | ) | |

## MOTION TO MODIFY PLAN TO INCLUDE POST-PETITION MORTGAGE PATMENTS AND INCREASE PAYMENT

COMES NOW Debtor, CALVIN EUGENE JONES, by and through under-signed counsel, and respectfully requests for her Chapter 13 plan be modified to include the current post petition default owed to Nationstar Mortgage LLC dba Mr. Cooper, and shows the Court as follows:

1. This case was commenced on November 28,2017 by the filing of a Voluntary Petition for relief in bankruptcy under Chapter 13 Title 11 of the United of the United States Code.
2. Debtor's Plan was confirmed on July 12, 2018 with the Debtor contributing a plan payment of $450.00 per month and a repayment of 0% to general unsecured creditors.
3. That debtor fell behind on post-petition mortgage payments due to loss of employment.
4. That Debtor has obtained new employment. (see attached I and J)
5. US Bank has an allowed secured claim in the amount of $2778.03 (claim #5).
6. The approximate post-petition default owed to Nationstar Mortgage LLC dba Mr. Cooper is $6,858.33.
7. That debtor requests the court to allow the post-petition mortgage payments to be added to the plan per Section 6(B) . In re Hoggle, 12 F3.d 1208 (1994).
8. That allowing the debtor to include the post-petition default will not cause a term problem with the chapter 13 as the debtor request his payment in Section 2 of the plan be modified to $675.00 per month.
9. That allowing the debtor to include the post -petition default is not prejudicial as the property has equity.

10. That the debtor requests the modification under §1329 bind the creditor under §1327 thereby bringing him current.
11. That debtor is offering adequate protection and will maintain payments pursuant to the modified plan.

Wherefore, Debtor prays:

1. That the confirmed Chapter 13 plan section 6(b) is modified to include any outstanding post-petition mortgage payments.
2. That Nationstar Mortgage LLC dba Mr. Cooper is allowed to amend their claim to include any past due post-petition mortgage payments.
3. That the confirmed Chapter 13 plan section 2 is modified to increase the payment to $675.00 per month.
4. Any other and such relief the court deems fair and just.

Dated: April 4, 2019

/s/_____
Calvin Eugene Jones, Debtor

/s/_____
Craig Black
GA Bar No.: 137410
The Craig Black Law Firm, LLC
5555 Glenridge Connector
Suite 200
Atlanta, GA 30348
678-888-1778
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **CALVIN EUGENE JONES,** | ) | CASE NO. **17-70586-pmb** |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Debtor has filed a Motion Modify Plan and related papers with the Court seeking an Order approving the motion.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Suspend Plan Payments at the **United States Courthouse, 75 Ted Turner Drive, Atlanta, Georgia, at 9:00AM on May 23,2019 in Courtroom 1202.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may with to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 4, 2019

/s/
Craig Black
GA Bar No.: 137410
The Craig Black Law Firm, LLC
5555 Glenridge Connector
Suite 200
Atlanta, GA 30348
678-888-1778
**Attorney for the Debtor**

```
Label Matrix for local noticing          Bayview Loan                              Craig Zander Black
113E-1                                   4425 Ponce De Leon Blvd                   The Craig Black Law Firm, LLC
Case 17-70586-pmb                        Coral Gables, FL 33146-1837               Suite 200
Northern District of Georgia                                                       5555 Glenridge Connector NE
Atlanta                                                                            Atlanta, GA 30342-4740
Tue Apr  9 09:48:25 EDT 2019

Heather D. Bock                          COLLECTION RECEIVABLES , INC              Credit Acceptance Corp.
McCalla Raymer Leibert Pierce LLC        1835 CENTRAL AVE                          25505 West 12 Mile road
1544 Old Alabama Road                    AUGUSTA, GA 30904-5734                    Southfield, MI 48034-8316
Roswell, GA 30076-2102


Melissa J. Davey                         ECMC                                      First Premier Bank
Melissa J. Davey, Standing Ch 13 Trustee PO Box 16408                              601 S Minnesota Ave
Suite 200                                Saint Paul, MN 55116-0408                 Sioux Falls, SD 57104-4868
260 Peachtree Street, NW
Atlanta, GA 30303-1236


(p)GEORGIA DEPARTMENT OF REVENUE         Georgia's Own Credit Union                IRS
COMPLIANCE DIVISION                      PO Box 3637                               Centralized Insolvency Operation 19101-7
ARCS BANKRUPTCY                          Tallahassee, FL 32315-3637                Post Office Box 7346
1800 CENTURY BLVD NE SUITE 9100                                                    Philadelphia, PA 19101-7346
ATLANTA GA 30345-3202


A. Michelle Hart Ippoliti                Jefferson Capital System LLC              (p)JEFFERSON CAPITAL SYSTEMS LLC
McCalla Raymer Leibert Pierce, LLC       PO Box 772813                             PO BOX 7999
1544 Old Alabama Road                    Chicago, IL 60677-0113                    SAINT CLOUD MN 56302-7999
Roswell, GA 30076-2102


Calvin Eugene Jones                      Legacy at Stony Creek HOA                 McCalla Raymer Pierce, LLC Bankruptcy Depart
3585 River Rock Road                     2293 Brockett Road                        1544 Old Alabama Road
Lithonia, GA 30038-3387                  Tucker, GA 30084-4400                     Roswell, GA 30076-2102


Ciro A. Mestres                          (p)NATIONSTAR MORTGAGE LLC                Office of the Attorney General
McCalla Raymer Leibert Pierce, LLC       PO BOX 619096                             40 Capitol Square, SW
1544 Old Alabama Road                    DALLAS TX 75261-9096                      Atlanta, GA 30334-9057
Roswell, GA 30076-2102


Premier Bankcard, Llc                    Prfrd Cus Ac                              Rubin Lubin LLC
Jefferson Capital Systems LLC Assignee   Cscl Dispute Team Po Box 14517            3145 Avalon Ridge Place
Po Box 7999                              Des Moines, IA 50306-3517                 Norcross, GA 30071-1570
Saint Cloud Mn 56302-7999


Rubin Lubin LLC                          Joshua M. Ryden                           Santander Consumer Systems, LLC
3145 Avalon Ridge Place                  Aldridge Pite, LLP                        P.O. Box 961245
Suite 1000                               Fifteen Piedmont Center                   Fort Worth, TX 76161-0244
Norcross, GA 30071-1570                  3575 Piedmont Rd NE Suite 500
                                         Atlanta, GA 30305-1636


Santander Consumer USA Inc.              Santander Consumer Usa                    John D. Schlotter
P.O. Box 961245                          PO Box 560284                             McCalla Raymer Pierce, LLC
Fort Worth, TX 76161-0244                Dallas, TX 75356-0284                     1544 Old Alabama Road
                                                                                   Roswell, GA 30076-2102
```

```
Sorenson Van Leuven C/O James Sorenson      South River Ridge HOAc/o Century Mgmt     (p)TIDEWATER FINANCE COMPANY
PO Box 3673                                  303 Corporate Center Drive               P O BOX 13306
Tallahassee, FL 32315-3673                   300A                                     CHESAPEAKE VA 23325-0306
                                             Stockbridge, GA 30281-6303


U. S. Attorney                               Valencia Jones                           Valencia Jones
600 Richard B. Russell Bldg.                 3981 S River Lane                        3981 South River Rock
75 Ted Turner Drive, SW                      Ellenwood, GA 30294-3294                 Ellenwood, GA 30294-3294
Atlanta GA 30303-3315


Wells Fargo Bank, N.A.                       Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F                  Po Box 10438
Des Moines, IA 50306-0438                    Des Moines, IA 50306-0438
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
GADOR                                        Jefferson Capital Systems LLC            (d)Jefferson Capital Systems LLC
Georgia Department of Revenue Compliance     PO Box 7999                              PO Box 7999
1800 Century Blvd NE, Suite 9100             St Cloud MN 56302-9617                   St Cloud MN 56302-9617
Atlanta, GA 30345-3202


(d)Jefferson Capital Systems, LLC            Nationstar Mortgage                      (d)Nationstar Mortgage LLC
P.O. Box 7999                                350 Highland Dr                          Bankruptcy Department
Saint Cloud, MN 56302                        Lewisville, TX 75067                     P.O Box 619096
                                                                                      Dallas, TX 75261-9741


(d)State of Georgia Revenue Commissioner     Tidewater Finance Company
1800 Century Boulevard                       PO Box 13306
Suite 15300                                  Chesapeake, VA 23325
Atlanta, GA 30345
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bayview Loan Servicing, LLC               (d)Collection Receivables                (d)McCalla Raymer Pierce, LLC Bankruptcy Depa
                                             1835 Central Ave                         1544 Old Alabama Road
                                             Augusta, GA 30904-5734                   Roswell, GA 30076-2102


(u)Nationstar Mortgage LLC                   (u)Nationstar Mortgage LLC dba Mr. Cooper (d)Santander Consumer USA, Inc.
                                                                                      P.O. Box 961245
                                                                                      Fort Worth, TX 76161-0244
```

(u)Valencia Jones
3981 S River Lane

End of Label Matrix
Mailable recipients    37
Bypassed recipients     7
Total                  44